473 A.2d 680

Commonwealth v. Daniels, Appellant.

Petition for Allowance of Appeal
Denied July 11, 1984.

Submitted November 18, 1983. Anne L. Wall, Assistant Public Defender, for appellant; Douglas Engelman, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Lycoming County Common Pleas Court President Judge Thomas C. Raup is affirmed.